IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-02851-PAB-CBS

RAYMOND E. JOHNSON,

    Plaintiff,

v.

A&W WATER SERVICE, INC.,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER has come before the Court upon the parties' Joint Motion to Reschedule Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (*doc # 11*) filed February 17, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, and that the following deadlines set forth in the Court's December 9, 2010 Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (*doc # 4*) are modified to the extent set forth below:

1. The Court shall hold a FED.R.CIV.P. 16(b) scheduling and planning conference on **April 7, 2011** at **11:00 a.m.**
2. The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.I., on or before **March 31, 2011**.
3. In preparation for the scheduling and planning conference, the parties shall confer in accordance with FED.R.CIV.P. 26(f) on or before **March 17, 2011**.
4. The parties shall comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1) on or before **March 31, 2011**.
5. The parties shall submit Confidential Settlement Statements to Magistrate Judge Shaffer on or before **5:00 p.m.** on **March 31, 2011**.

*All instructions set forth in the Court's December 9, 2010 Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (doc # 4), not modified herein, remain in effect.*

**DATED:**    February 18, 2011