IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02851-PAB-CBS

RAYMOND E. JOHNSON,

    Plaintiff,

v.

A&W WATER SERVICES, INC.,

    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 32].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    ORDERED that the Stipulated Motion to Dismiss With Prejudice [Docket No. 32] is GRANTED.  It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED August 24, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge